## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| JOSEPH H. MONN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 08-5061 (PAM/JSM) |
| vs. ) | |
| ) | |
| NCO FINANCIAL SYSTEMS, INC. ) | |
| d/b/a OSI COLLECTION SERVICES, ) | |
| INC., ) | |
| Defendant. ) | |

**ORDER FOR DISMISSAL**

Based upon the Stipulation of Dismissal with Prejudice, Civil Docket number 7, filed by Plaintiff on December 4, 2008, and upon all the files, records and proceedings herein,

IT IS ORDERED that this action is dismissed with prejudice and on the merits, without costs or disbursements to any party.

**BY THE COURT:**

Dated:  December 5, 2008                   s/Paul A. Magnuson
                                           The Honorable Paul A. Magnuson
                                           Judge of United States District Court